# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 23-1550

———————————————

United States of America

*Plaintiff - Appellee*

v.

Craig Reuter

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Northern District of Iowa - Eastern

——————————

Submitted: October 6, 2023
Filed: October 11, 2023
[Unpublished]

——————————

Before LOKEN, SHEPHERD, and GRASZ, Circuit Judges.

——————————

PER CURIAM.

Craig Reuter appeals the within-Guidelines-range sentence the district court[1] imposed after he pled guilty to conspiracy to distribute methamphetamine. His

———————————————

[1]The Honorable C.J. Williams, United States District Judge for the Northern District of Iowa.

counsel has moved to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

Upon careful review, we conclude the sentence was not substantively unreasonable, as the district court properly considered the 18 U.S.C. § 3553(a) factors including Reuter's mitigating factors, did not overlook a relevant factor, or commit a clear error of judgment in weighing the relevant factors, <u>see</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc); and the court imposed a prison term within the Guidelines range, <u>see</u> <u>United States v. Callaway</u>, 762 F.3d 754, 760 (8th Cir. 2014). We have also independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal.

Accordingly, we affirm the judgment and grant counsel's motion to withdraw.
_____